IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01743 LLW

(The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

(Removal from Douglas County District Court for the State of Colorado, Castle Meinhold & Stawiarski, LLC, v. Phyllis J. Herlocker, et al., Case No. 07CV2638)

CASTLE MEINHOLD & STAWIARSKI, LLC, as Trustee for Citimortgage, et al.,
    Plaintiff,

v.

PHYLLIS J. HERLOCKER, and
RYAN A. HERLOCKER,
    Defendants.

---

## ORDER FOR SUMMARY REMAND

---

Plaintiffs, Phyllis J. Herlocker and Ryan A. Herlocker, have submitted to this Court documents titled "Notice of Removal and Federal Stay Pursuant to 28 USCA 1446(D)" and "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis" that only Phyllis J. Herlocker has signed. The clerk of the Court will be directed to commence a civil action. Although Phyllis J. Herlocker's request to proceed *in forma pauperis* is deficient, the Court will disregard consideration of her request to proceed without payment of the filing fee, and remand the action summarily to the Douglas County District Court.

Plaintiffs seek the removal to this Court of Case No. 07CV2638, which appears to be a civil foreclosure case filed in the Douglas County District Court in Castle Rock, Colorado. The Court must construe the notice of removal liberally because Plaintiffs

are representing themselves. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

The Court has reviewed the notice of removal and finds that it is deficient because Plaintiffs fail to set forth "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a). Plaintiffs do not demonstrate that the county court action properly may be removed to this Court. Therefore, this action will be summarily remanded to the Douglas County District Court. Accordingly, it is

ORDERED that the clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that this action is remanded summarily to the Douglas County District Court. It is

FURTHER ORDERED that the Clerk of this Court shall mail a certified copy of this order to the Clerk of the Douglas County District Court, Douglas County Combined Courts, 4000 Justice Way, Suite 2009, Castle Rock, Colorado 80109. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 13 day of Aug, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2