IN THE UNITED STATES DISTRICT COURT
FOR THE COLORADO
DOUGLAS DIVISION

**'08 - CV - 01743**

CASTLE MEINHOLD & STAWIARSKI,
LLC AS TRUSTEE for
CITIMORTGAGE, et al            )
                               )
    Plaintiffs                 )  FEDERAL CASE NO.
                               )
Vs.                            )
                               )
                               )  STATE COURT
    Phyllis J. Herlocker       )  CASE NO: 07CV2638
                               )
    Ryan A. Herlocker          )
                               )
    Defendant                  )

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 1 5 2008
GREGORY C. LANGHAM
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG - 4 2008
GREGORY C. LANGHAM
CLERK

**NOTICE OF REMOVAL and FEDERAL STAY
PURSUANT TO 28 USCA 1446(D)**

TO: CITIMORTGAGE:

You are hereby notified of the filing of a Petition for removal in the United States District Court for the District of Colorado, Douglas Division of the above stated case number in **State** Court of DISTRICT COURT, DOUGLAS COUNTY, COLORADO in accordance with the provisions of 28 USCA 1446 Judiciary and Procedure. The proceedings occurring in violation of the Uniform Commercial Code and 15 USCA 1692. Pursuant to the provisions of section 28 USCA 1446(D) the State Court of DISTRICT COURT, DOUGLAS COUNTY, COLORADO shall not proceed with any eviction of the petitioner from the real property that is the subject

**NOTICE OF REMOVAL and FEDERAL STAY - 1**

matter of this case until a decision is reached or the case is remanded or so ordered from the United States District Court.

*Phyllis J. Hurlocker*
Petitioner, Pro Se
August 4, 2008

Receipt is hereby acknowledged of the forgoing written notice of filing the petition for removal.

Cc:  Clerk of the District Court, Douglas County, Colorado

3796 Seramonte Drive
Highlands Ranch, Colorado  80129

**NOTICE OF REMOVAL and  FEDERAL STAY - 2**