

## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF COLORADO

GREGORY C. LANGHAM, CLERK

Room A-105
United States Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

August 25, 2008

Clerk of Court
Douglas County District Court
Douglas County Combined Courts
4000 Justice Way, Suite 2009
Castle Rock, CO 80109

>   Re:   **08-cv-01743-ZLW Castle Meinhold & Stawiarski LLC as Trustee for Citimortgage, et al., v. Herlocker, et al.,**

To Whom It May Concern:

The above-captioned case has been remanded to the Douglas County District Court pursuant to the Order for Summary Remand entered on August 15, 2008. Enclosed please find, all original documents filed in the above-captioned case, a certified copy of the docket sheet, a certified copy of the Order, a copy of this letter, and a self addressed stamped envelope.

Please acknowledge receipt of these documents on the duplicate of this letter and return the same in the enclosed envelope. By copy of this letter, the defendant is being advised of the remand and is requested to file all further pleadings with your court.

If we may be of further assistance, please feel free to contact me.

Very truly yours,

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

Copy to: Phyllis J. Herlocker