

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com ®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7107 7778 4001 0490 7007

Clerk of Court
Douglas  County District Court
Douglas County Combined Courts
4000 Justice Way, Suite 2009
Castle Rock, CO 80109
08cv01743-BNB

e for instructions